# School District of Claysville Borough, ·Appellant, *v.* School District of Donegal Township.

*Appeals—Practice, C. P.—Paper-books.*

An appeal will be quashed when no exception was taken by the appellant in the court below to the action or order of said court in entering and refusing to take off the nonsuit granted on the trial; and where no bill of exceptions was at any stage of the proceedings taken by the plaintiff in the court below or allowed by said court.

Argued April 19, 1898. Appeal, No. 179, April T., 1898, by plaintiff, from judgment of C. P. Washington Co., May T., 1897, No. 120, directing a compulsory nonsuit and refusing to take off same. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ. Appeal quashed.

Assumpsit. Before TAYLOR, J.

It appears from the record that the court below on motion of defendant directed a compulsory nonsuit which it subsequently on motion refused to take off. No exception was taken by the plaintiff and no bill of exceptions was signed and there was no certificate attached to the record signed by the trial judge showing that either the offers, evidence, or rulings of the court below as contained in the appellant's paper-book were correct or authoritative.

Defendant filed the following motion to quash the appeal and assigned the following reasons therefor:

1. Because no exception was taken by the appellant in the court below to the action or decree of said court in refusing to take off the nonsuit granted at trial of said case.

2. Because no certificate is attached to the record signed by the trial judge, showing that either the offers, evidence, or rulings of the court below, as contained in appellant's paper-book, are correct or authoritative.

3. Because no bill of exceptions was at any stage of the proceedings taken by the plaintiff in the court below or allowed by said court.

*Errors assigned* were (1) in entering the nonsuit. (2) In not lifting the nonsuit.

*J. P. Miller*, with him *T. F. Birch*, for appellant, cited in support of the motion the following cases: Bondz v. Pa. Co., 138 Pa. 153; Anderson v. Oliver, 138 Pa. 156; Miller v. Balfour, 138 Pa. 183; Finch v. Conrade, 154 Pa. 326.

*Albert S. Sprowls*, for appellee.

PER CURIAM, April 20, 1898:
Upon motion by defendant's counsel the appeal is quashed.